UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 MAY 26 PM 2:28

Steven Lesane

_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

NYPD 043 precinct John Doe 1,2,3,4
Bronx D.A. office John Doe 5, Assistant
District Attorney John Doe 6, Commissioner of the
NYPD, City of New York office of
Comptroller

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑  Violation of my federal constitutional rights

☑  Other:    _See Attached 5A_

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Steven_                                        _Lesane_
First Name                 Middle Initial            Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_91258054_

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Metropolitan Detention Center_
Current Place of Detention

_Metropolitan Detention Center P.O. Box 329002_
Institutional Address

_Brooklyn_              _New York_                _11232_
County, City                     State                Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced prisoner

☐  Other:    _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    Bronx DA Office,    John Doe 5

First Name — Last Name — Shield #

District Attorney for Bronx County

Current Job Title (or other identifying information)

Bronx County

Current Work Address

Bronx,    NY.    10451

County, City — State — Zip Code

Defendant 2:    Commissioner of the NYPD, New York Police Dept.

First Name — Last Name — Shield #

NYPD (New York Police Department)

Current Job Title (or other identifying information)

One Police Plaza

Current Work Address

New York,    NY.    10007

County, City — State — Zip Code

Defendant 3:    The City of New York

First Name — Last Name — Shield #

c/o Scott M. Stringer, Office of the Comptroller

Current Job Title (or other identifying information)

1 Centre Street, Room 1200

Current Work Address

New York,    NY.    10007-2341

County, City — State — Zip Code

Defendant 4:    Assistant District Attorney, John Doe 6

First Name — Last Name — Shield #

Assistant District Attorney

Current Job Title (or other identifying information)

Bronx County

Current Work Address

Bronx,    NY.    10451

County, City — State — Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _2291 New England Thruway, 265 E 161st Bronx, N.Y._ Bronx N.Y

Date(s) of occurrence: _June 1, 2016 — June 4, 2018_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_See Attachment / Additional page._

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

*See Attachment / Additional page.*
_____
_____
_____
_____
_____

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

*See Attachment / additional page*
_____
_____
_____
_____
_____
_____
_____

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| *May, 20, 2021* | *Steven Lesane* |
| Dated | Plaintiff's Signature |
| *Steven* | *Lesane* |
| First Name | Middle Initial    Last Name |
| *Metropolitan Detention Center, P.O. Box 329002, Brooklyn, N.y. 11232* | |
| Prison Address | |
| *Brooklyn* | *New York*    *11232* |
| County, City | State    Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: *May, 20, 2021*

Page 6

TRULINCS  91258054 - LESANE, STEVEN - Unit: BRO-I-C

------------------------------------------------------------------------------------

FROM: 91258054
TO: Lesane, Yvonne
SUBJECT: complaint Defendant information
DATE: 05/14/2021 03:01:08 PM

PG.3A

IV. Defendant information: To the best ability, provide the following information for each defendant. if the correct information is not provided, it could delay or prevent service of the complaint on the defendant, make sure that the defendants listed below are identical to those listed in caption.

Defendant 5:     john doe 1
                 NYPD POLICE OFFICER
                 NYPD 043 PRECINCT 900 FTELEY AVE BRONX N.Y. 10473
                 _____

Defendant 6:     john doe 2
                 NYPD POLICE OFFICER
                 NYPD O43 PRECINCT 900 FTELEY AVE BRONX, N.Y. 10473
                 _____

Defendant 7:      john doe 3
                 NYPD POLICE OFFICER
                 NYPD 043 PRECINCT 900 FTELEY AVE  BRONX,N.Y. 10473
                 _____

Defendant 8:     john  doe 4
                 NYPD POLICE OFFICER
                 NYPD 043 PRECINCT 900 FTELEY AVE  BRONX,N.Y. 10473
                 _____

Defendant 9:     _____
                 _____
                 _____
                 _____

TRULINCS  91258054 - LESANE, STEVEN - Unit: BRO-I-C

--------------------------------------------------------------------------------

FROM: 91258054
TO: Lesane, Yvonne
SUBJECT: Complaint: STATEMENT OF FACTS
DATE: 05/14/2021 02:59:37 PM

ATTACHMENT
Pg.4

V.) STATEMENT OF CLAIM

Facts:
State here briefly the FACTS that support your case. Describe what happened , how you were harmed, and how each
defendant was personally involved in the alleged wrongful actions . Attach additional pages necessary.

  On or About June 1, 20116 at approximately 1:00 pm within the vicinity of 2291 new England thruway Bronx, New York several
unidentified NYPD Officers John Doe/Jane Doe unlawfully with no legal justification falsely arrested. falsely imprisoned at
Central Booking Located at Bronx County Courthouse, Bronx ,N.Y.. I also was subjected to Malicious Abuse of process,
Malicious Prosecution, and Denial Of Access to  Fair Trial.

  Specifically on the date and time above within the vicinity of the above referenced location when several Unidentified NYPD
officers John Doe/Jane Doe approached me. Despite the fact the several Unidentified NYPD  officers had no Legal
Justification , The several Unidentified NYPD officers placed handcuffs on me and under arrest and was  transported to the
43rd police precinct and then transported to Bronx County Central Bookings.

  After attending all required court appearances without ever being indicted by A Grand Jury, the case proceeded to trial in front
of The Honorable Judge Wang Part ap5 and later dismissed On or About June 4,2018. I previously filed a claim with the city
comptroller office.  Claim No: 2018PI025700

TRULINCS  91258054 - LESANE, STEVEN - Unit: BRO-I-C

-------------------------------------------------------------------------------

FROM: 91258054
TO: Lesane, Yvonne
SUBJECT: COMPLAINT: INJURIES
DATE: 05/14/2021 11:37:18 AM

Attachment
pg.5a

INJURIES:
 if you were injured as a result of these actions, describe your injuries and what medical treatment, if any you required and
recieved.

A.) Denial of access Of  Fair Trial

B.) Malicious Prosecution

C.) Abuse Of Process

D.)Loss Of Civil Rights and Constitutional rights pursuant to 42 U.S.C.section 1983;

E.) Emotional Distress

F.) Deflamation Of Chararcter

G.) Unlawful Detainment

H.) Unlawful Search and Seizure

I.) Other Finicial Damages



Steven Losane  91288084
metop
P.O. Box 329002
Brooklyn, N.Y. 11232

Mid Island P&DC 117
MON 24 MAY 2021 PM

SDNY PRO SE OFFICE
2021 MAY 26  PM 2: 22

USM P3
SDNY

Pro Se Intake Office/unit
Clerk's Office
United States District Court for
the Southern District of New york
Daniel patrick moynihan Courthouse
500 pearl Street
New york, N.Y. 10007