UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN LESANE,

                Plaintiff,

-v.-

THE CITY OF NEW YORK and NYPD 043 PRECINCT JOHN DOE 1-4,

                Defendants.

21 Civ. 4746 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On November 23, 2021, a notice of returned mail was docketed in this case. A search of the BOP Inmate Lookup system shows that Plaintiff is now located at FCI Hazelton, rather than at the facility specified in his address of record. It is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes. Therefore, Plaintiff is ORDERED to submit a completed change of address form, which form is attached to this order. Failure to do so may result in dismissal of Plaintiff's case.

    The Clerk of Court is directed to mail a copy of this order, as well as the endorsement at docket entry 17 to the following address:

    Steven Lesane (Register No: 91258-054)
    FCI Hazelton
    Federal Correctional Institution
    P.O. Box 5000
    Bruceton Mills, WV 26525

SO ORDERED.

Dated: November 24, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

IH-34 Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____
Name (Last, First, MI)

_____
Address      City      State      Zip Code

_____
Telephone Number     E-mail Address (if available)

_____
Date      Signature