UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN LESANE,

                         Plaintiff,

            -v.-

THE CITY OF NEW YORK and NYPD
043 PRECINCT JOHN DOE 1-4,

                         Defendants.

21 Civ. 4746 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On March 1, 2022, the Court received via mail Plaintiff's proposed

Second Amended Complaint, a copy of which is attached to this Order.  As

Plaintiff previously amended his pleadings (Dkt. #7), any subsequent

amendment must comply with Federal Rule of Civil Procedure 15(a)(2).  This

rule permits amendment only with the opposing party's written consent or with

leave of the Court.  *See* Fed. R. Civ. P. 15(a)(2).

There is currently a premotion conference scheduled to discuss

Defendants' anticipated motion to dismiss the First Amended Complaint on

March 15, 2022.  The Court intends to discuss Plaintiff's proposed Second

Amended Complaint during that conference.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at

his address of record.

SO ORDERED.

Dated:   March 2, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Second Amended
Complaint.
(See Dkt. 11 at 4)*

Steven          Lesane

_____
Write the full name of each plaintiff.

No. *21-CV-4746 (KPF)*
(To be filled out by Clerk's Office)

-against-

NYPD Undercover officer No. 152
Detective Luis Batista, Shield No. 1404
Retired Detective Daniel Smith
Detective Edwin Martinez, Shield No. 1177

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No



MAR 0 1 2022

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

*Steven* _____   _____   *Lesane* _____
First Name                              Middle Initial           Last Name

_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

*FCI Hazelton , Federal Correctional Institution*
Current Place of Detention

*P.O. Box 5000*
Institutional Address

*Bruceton Mills*          *West Virginia*          *26525*
County, City                              State                    Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: _NYPD UnderCover Officer   No. 152_
   First Name               Last Name                    Shield #

_UnderCover officer_
Current Job Title (or other identifying information)

_1 police plaza, Room 220A_
Current Work Address

_New York          New York       10038_
County, City                State                        Zip Code

Defendant 2: _Luis        Batista        1404 (Detective)_
   First Name               Last Name                    Shield #

_Detective_
Current Job Title (or other identifying information)

_1 police plaza, Detective Bureau, Room 220A_
Current Work Address

_New York          New York        10038_
County, City                State                        Zip Code

Defendant 3: _Daniel      Smith          N/A_
   First Name               Last Name                    Shield #

_Retired Detective_
Current Job Title (or other identifying information)

_1 police plaza, Room 220A_
Current Work Address

_New York          New York        10038_
County, City                State                        Zip Code

Defendant 4: _Edwin       Martinez       ~~1177~~ 1177 (Detective)_
   First Name               Last Name                    Shield #

_Detective_
Current Job Title (or other identifying information)

_Information technology Bureau investigations unit, 1 police plaza Rm. 110A_
Current Work Address

_New York          New York        10038_
County, City                State                        Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: *2291 New England Thruway, Bronx, N.Y.*

Date(s) of occurrence: *June 4, 2016 – June 4, 2018*

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

*See additional pages (Attachment)*

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

*See additional pages (Attachment)*

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

*See additional pages (Attachment)*

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_February, 23, 2022_
Dated

_Steven_
First Name

_Steven Lene_
Plaintiff's Signature

_____   _Cesane_
Middle Initial      Last Name

_FCI Hazelton, Federal Correctional Institution, P.O. Box 5000_
Prison Address

_Bruceton mills_           _W V_           _26525_
County, City                State            Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _feb-23-2022_

Second Amended Complaint

Attachment
pg. 4

v.) Statement of Claim
     Facts:
State here briefly the facts that Support your Case.
Describe what happend, how you were
harmed, and how each defendant was
personally involved in the alleged wrongful
actions. Attach additional pages if necessary.


    On or about June 1,2016 at approximately
1:00pm within the vicinity of 2291 new
england thruway Bronx, N.y, NYPD undercover
officer No. 152, Detective Luis Batista, Shield no.1404,
Retired Detective Daniel Smith, and Detective Edwin
Martinez, Shield no. 1177 of the 43rd precinct
located on ftely ave, Bronx, N.y. unlawfully
with no legal justification approached and
falsely Arrested the plaintiff was imprisoned
and held at Central Bookings located in
Bronx County Courthouse and held on these
Charges 221.05 unlawful possession of marijuana,

pg. 4(2)

221.40 Criminal Sale of Marijuana, and 230.20 promoting prostitution 4th Degree. The plaintiff was arraigned 2 days later still in Custody in Central Booking located in Bronx County Courthouse, during arraignment the plaintiff was released on his own recognance.

Specifically on the date and time above within the vicinity of the above referenced location when Nypd undercover officer no. 152, Detective **Luis Batista**, Shield no. 1404, Retired Detective Daniel Smith, and Detective Edwin Martinez, Shield no. 1177 of the 43rd precinct located on Fteley ave, Bronx, N.y. had no legal justification to arrest the plaintiff. The plaintiff was apprehended by Detective Batista, Shield no. 1404 and was placed in Handcuffs and arrested. Retired Detective Daniel Smith put the plaintiff in the van and drove the plaintiff around for Sweal hours before taking the plaintiff to the 43rd precinct on Ftley ave, located in Bronx County, N.y., The plaintiff was then put Searched and then Subjected to Strip Search, the plaintiff asked Someone at the police Station why he was being detained. It was alleged later on at arraignment that

pg.4(3)

the plaintiff was observed knocking on a door
and then approached by NYPD undercover
officer No. 152 also known as "The Ghost"
Description Tall, Brownskin, Long Dreads, Also
Confirmation from Detective Edwin Martinez,
Shield no. 1177, Description Tall, Latino, Baseball Cap.

· This Case was presented infront of Honorable
Judge wang of Bronx County Criminal Courthouse,
The plaintiff attended all Court appearances
without being indited by a grand jury.
During numerous Court proceedings the assistant
district attorney of Bronx County Criminal Courthouse
alleged that NYPD undercover officer no. 152,
Detective Luis Batista, Shield no. 1404, Retired
Detective Daniel Smith, and Detective Edwin
Martinez, Shield no. 1177 of the 43rd precinct
had audio of the plaintiff. The plaintiff
attorney at the time "Rueben Fernandez" of
Bronx Defenders in Bronx County Stated on
Record that the plaintiff would not
take a plea and insisted on going to trial.
This Case was ongoing for the next 2 years,
which eventually proceeded to trial infront
of the Honorable Judge wang of Bronx County
Criminal Courthouse part AP5. The plaintiff was

pg. 4(4)

denied his right to a fair trial infront of a Jury
even the defense Counsel for the plaintiff
argued that the plaintiff has a Constitutional
right to a fair trial, The plaintiff rights
were denied and a bench trial was held.
The justification was NYPD undercover officer
no. 152 "The Ghost" request, who Sworn under
Oath as "the Ghost". The request consisted for a
Close Courtroom and for no one to enter at
anytime of the trial. NYPD undercover officer
no. 152 "The Ghost" has participated in numerous
Operations and Stings, Also Confronted numerous
individuals during the Course of his Career and
he used his past arrest processing record
as leverage, NYPD undercover officer no. 152 "The
Ghost" testified against the plaintiff and did
not produce any evidence in the form of
narcotics or marked Cash to Support or Corroborate
the alleged Crime Charged of N.y.p.l. 221.40,
nor produced any Video footage/Recorded
Audio to Support the allegations made by
the NYPD undercover officer no. 152, Detective
Luis Batista, Shield no. 1404, Retired Detective
Daniel Smith, and Detective Edwin martinez,
Shield no. 1177. The ordered the Assistant
District Attorney To produce the remaining

pg. 4(5)

witnesses (Detective Luis Batista, Shield No: 1404,
Retired Detective Daniel Smith, and Detective
Edwin Martinez, Shield No: 1177. After the Judge
finding of the NYPD mishandling of the Case
among other things, The Court Concluded the
plaintiff was innocent and ordered the
Plaintiff Case to be dismissed on June 4, 2018.
Case Disposition information: 06/04/2018
Court Action: Dismissed and Sealed
Judge: Wang, F
Part: AP5
Certificate of Disposition Number: 159149

     The plaintiff has previously filed a Claim
with the City's Comptroller office Claim No:
2018PI025700 and attended a 50-h hearing
which was undecided and at the time
represented by the Law Office of Katherine E.
Smith, 233 Broadway Suite 900 New York, N.Y.
10279. In 2016 the plaintiff Settled out for
$12,500 against the 043 precinct which the plaintiff
was represented by the above Mentioned attorney
as well. Katherine E. Smith from the Law office
of Katherine E. Smith.

pg. 5(i)

Attachment
pg. 5A

Injuries:
   If you were injured as a result of these
actions, describe your injuries and what
medical treatment, if any you required
and recieved.

A.) Malicious prosecution by NYPD, NYPD undercover
officer no. 152, Detective Luis Batista, Shield no. 1404,
Retired Detective Daniel Smith, and Detective
Edwin Martinez, Shield no. 1177, 043 precinct.

B.) Abuse of process

C.) Illegal Strip Search

ps.5(2)

Attachment
pg. 5b

Relief:

VI.) State briefly what money damages or other relief you want the Court to order:

For the reason Stated in the Second amended Complaint's Statement of Claim, the plaintiff Seeks the Count to award and order treble damages, in Compensation of a total of $10,000,000.00 for the

1.) loss of property
2.) loss of potential earned income
3.) emotional distress
4.) bad publicity Causing defamation of Character
5.) exposure to potential bodily harm.

Lesane 91258054

Hazelton

al Correctional Institution

Box 5000

eton Mills, WV 26525





MAR 01 2022

KATHERINE POLK FAILLA
U.S. DISTRICT JUDGE
S.D.N.Y.

FEB 24 '22



To: Clerk of Court

United States District Court

Southern District of New York

U.S. Courthouse - 500 Pearl Street

New York, N.Y. 10007

(District Judge)

ATTN: Hon. Katherine polk failla

Legal mail