UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN LESANE,

               Plaintiff,

            -v.-

THE CITY OF NEW YORK and NYPD 043 PRECINCT JOHN DOE 1-4,

               Defendants.

21 Civ. 4746 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    As discussed on the record, the Court accepts Plaintiff's Second Amended Complaint as the operative pleading in this matter. The Clerk of Court is directed to docket the Second Amended Complaint.

    With respect to Defendants' contemplated motion to dismiss, Defendants' moving papers shall be due on or before May 13, 2022; Plaintiff's opposition shall be due on or before July 1, 2022; and Defendants' reply brief shall be due on or before July 15, 2022.

    The Clerk of Court is directed to mail a copy of this Order and the Second Amended Complaint, which is to be docketed separately, to Plaintiff at his address of record.

    SO ORDERED.

Dated:  March 15, 2022
           New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge