UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN LESANE,

                Plaintiff,

        -v.-

NYPD UNDERCOVER OFFICER, *Shield No. 152*; DETECTIVE LUIS BATISTA, *Shield No. 1404*; DANIEL SMITH, *Retired Detective*; DETECTIVE EDWIN MARTINEZ, *Shield No. 1177*,

                Defendants.

21 Civ. 4746 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    On March 15, 2022, the Court set a briefing schedule for Defendants' motion to dismiss Plaintiff's Second Amended Complaint. (Dkt. #31). On May 12, 2022, two days before Defendants' motion papers were due, counsel for former Defendant the City of New York filed a letter seeking an adjournment of the motion schedule because the Defendants named in the Second Amended Complaint had not yet been served. (Dkt. #35). The following day, the Court held the briefing schedule in abeyance (Dkt. #36) and issued an order of service directing the U.S. Marshals Service to effectuate service on Defendants (Dkt. #37). On July 7, 2022, receipts of service were filed on the docket indicating that the Marshals had served Defendants on June 29, 2022. (Dkt. #39-42).

    Accordingly, the parties are directed to comply with the following briefing schedule regarding Defendants' motion to dismiss the Second Amended Complaint: Defendants' moving papers shall be due on or before **August 10,**

**2022**; Plaintiff's opposition shall be due on or before **September 26, 2022**; and Defendants' reply brief shall be due on or before **October 10, 2022**.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated: July 11, 2022
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge